**Steven E. TARPLEY, Plaintiff-Appellant,**

**v.**

**Frank B. BISHOP, Jr., Warden; William S. Bohrer, Security Chief; Thomas L. Sawyers, Unit Manager; William L. Thomas, Sgt.; Sharon L. Lipsccob, Co II, Defendants-Appellees.**

No. 16-7086

United States Court of Appeals, Fourth Circuit.

Submitted: January 12, 2017

Decided: January 31, 2017

Steven E. Tarpley, Appellant Pro Se. Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before GREGORY, Chief Judge, and KEENAN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven E. Tarpley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tarpley v. Bishop, No. 1:15-cv-02049-GLR (D. Md. Aug. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED